

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | FIRM and AFFILIATE OFFICES | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | PEGGY S. CHEN | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8722 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | PITTSBURGH |
| LOS ANGELES | E-MAIL: PSChen@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

October 10, 2023

Application GRANTED.  Defendant shall answer the complaint by **November 20, 2023.**  The initial pretrial conference currently scheduled for October 18, 2023 is hereby RESCHEDULED to **November 29, 2023, at 9:00 a.m**.

VIA ECF

SO ORDERED.

The Honorable Jesse Furman
United States District Judge
United States District Court for the
 Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

October 10, 2023

   Re: <u>**Printfresh LLC v. Guadalupe LLC**, Index No. 23-cv-06140</u>

Dear Judge Furman:

  We represent defendant Guadalupe LLC ("Guadalupe") in the above-referenced matter and write on behalf of Guadalupe to respectfully request 1) a 30-day extension of time to answer, move or otherwise respond to plaintiff Printfresh LLC's ("Printfresh") complaint to November 20, 2023 and 2) an adjournment of the initial pre-trial conference until November 28, 2023 or another date shortly after the deadline to respond to the complaint.

  Per Your Honor's Rule 2.E, Guadalupe provides the following information pursuant to its request:

  1) The original date to respond to the complaint is October 20, 2023.  The initial pre-trial conference is scheduled for October 18, 2023.

  2-3) There have been no previous requests for extension.

  4) The reason for this request for extension is for the parties to continue settlement discussions for potential early resolution of the matter.

  5)  Plaintiff consents to the request.

  6) The next scheduled appearance of the parties before the Court is the initial pretrial conference scheduled for October 18, 2023.  As stated above, we request

DUANE MORRIS LLP

230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079  PHONE: +1 212 818 9200   FAX: +1 212 818 9606

DuaneMorris

The Honorable Jesse Furman
October 10, 2023
Page 2

    that the date of this conference be moved to November 28, 2023 or another date shortly after the deadline to respond to the complaint.

 Accordingly, we respectfully request that the Court grant Guadalupe's request for 1) extension of time to answer, move or otherwise respond to plaintiff Printfresh's complaint to **November 20, 2023** and 2) adjournment of the initial pre-trial conference **until November 28, 2023** or another date shortly after the deadline to respond to the complaint.

                 Respectfully submitted,

                  /s/ Peggy S. Chen


                  Peggy S. Chen

PSC

cc: Plaintiff's counsel (via ECF)