UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                          :

PRINTFRESH LLC,                                      :

                               Plaintiff,            :

                                                       :      23-CV-6140 (JMF)
                -v-                                     :
                                                       :          <u>ORDER</u>

GUADALUPE LLC,                              :

                               Defendant.        :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 20, 2023 Order, ECF No. 13, the parties were required to file a joint letter and a proposed Civil Case Management Plan and Scheduling Order by November 27, 2023, at 10:00 a.m.  To date, the parties have not filed the required documents. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 28, 2023**, at **noon**.

       SO ORDERED.

Dated: November 27, 2023
       New York, New York                                JESSE M. FURMAN
                                                     United States District Judge